Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Dominic Agatep

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC AGATEP,<br><br>            Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A.,<br><br>            Defendant. | Case No.: 5:17-cv-02936-HRL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CITIBANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Dominic Agatep and defendant Citibank, N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Citibank, N.A. from this action upon finalization.

                                                            **Sagaria Law, P.C.**

Dated:   July 13, 2017         By:      /s/ *Elliot Gale*
                                                            Elliot Gale
                                                            Attorneys for Plaintiff