Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Dominic Agatep

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC AGATEP,<br><br>          Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>          Defendant. | Case No.: 5:17-cv-02936-HRL<br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CITIBANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:        Hon. Howard R. Lloyd |

**PLEASE TAKE NOTICE** that Plaintiff Dominic Agatep, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Citibank, N.A., ***with*** prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1)   A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

1
2      Defendant Citibank, N.A. has neither answered Plaintiff's Complaint nor filed a motion
3  for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes
4  and without an Order of the Court.
5
6
7  DATED: August 18, 2017                  **Sagaria Law, P.C.**
8
9                                     By:    */s/ Elliot Gale*
10                                             Elliot Gale
                                           Attorney for Plaintiff Dominic Agatep
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT
CITIBANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) -2-